UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY T. VACCARO,
    Plaintiff,
v.                              CASE NO. 3:23-cv-143-HES-PDB

FREEDOM MORTGAGE
CORPORATION and NATIONSTAR
MORTGAGE LLC d/b/a MR. COOPER,
    Defendants.
_____/

## ORDER

This matter is before this Court on Plaintiff and Defendant Freedom Mortgage Corporation's "Joint Stipulation for Dismissal with Prejudice as to Defendant Freedom Mortgage Corporation" (Dkt. 56).

Accordingly, it is **ORDERED**:

The "Joint Stipulation for Dismissal with Prejudice as to Defendant Freedom Mortgage Corporation" (Dkt. 56) is **GRANTED** and this action is **dismissed with prejudice** as to Defendant Freedom Mortgage Corporation, with each party to bear their own costs and attorneys' fees.

**DONE and ORDERED** in Jacksonville, Florida this ____ day of December 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max H. Story, Esq.
Austin James Griffin, Esq.
Adam H. Settle, Esq.
Sara F. Holladay, Esq.
Amber Kourofsky, Esq.
Emily Yandle Rottmann, Esq.
Joseph K Fabbi, Esq.
Edward Paul Cuffe, Esq.