UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY T. VACCARO,  CASE NO.:3:23-cv-00143-HES-PDB

    Plaintiff,

v.

FREEDOM MORTGAGE
CORPORATION and
NATIONSTAR MORTGAGE
LLC d/b/a MR. COOPER,

    Defendants.
_____/

## NOTICE OF SETTLEMENT
## [As to NATIONSTAR MORTGAGE LLC]

    COME NOW, Plaintiff, ANTHONY VACCARO, by and through undersigned counsel, hereby provides notice that Plaintiff and Defendant NATIONSTAR MORTGAGE LLC have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 30 days) upon the completion of certain obligations set forth in their agreement.

Dated this 9th of September, 2024.

**STORY GRIFFIN**

/s/ Austin Griffin, Esq.
Max Story, Esquire

1

Florida Bar No. 0527238
Austin J. Griffin, Esq.
Florida Bar No. 0117740
328 2ND Avenue North
Jacksonville Beach, Florida 32250
Telephone: (904) 372-4109
Fax: (904) 758-5333
max@storylawgroup.com
austin@storylawgroup.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2024, I electronically filed the foregoing with Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Austin Griffin, Esquire
Florida Bar No. 0117740
