UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY T. VACCARO,

    Plaintiff,

v.                                        Case No. 3:23-cv-143-HES-PDB

FREEDOM MORTGAGE CORPORATION
and NATIONSTAR MORTGAGE LLC d/b/a
MR. COOPER,

    Defendants.
_____/

## ORDER

This matter is before this Court on a "Joint Stipulation for Voluntary Dismissal with Prejudice as to Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper" (Dkt. 88).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation for Voluntary Dismissal with Prejudice as to Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper" (Dkt. 88) is **GRANTED**, and this action is dismissed with prejudice as to Defendant Nationstar Mortgage LLC, d/b/a Mr. Cooper with each party to bear their own costs and attorneys' fees; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this ___4___ day of December 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max H. Story, Esq.
Austin James Griffin, Esq.
Sara F. Holladay, Esq.
Amber Kourofsky, Esq.
Edward Paul Cuffe, Esq.
Emily Yandle Rottmann, Esq.
Adam H. Settle, Esq.